In the Matter of the Liquidation of NEW YORK TITLE
AND MORTGAGE COMPANY.

FRANK L. WEIL et al., as Trustees of Series C-2, First
Mortgage Participation Certificates, et al., Appellants;
LOUIS H. PINK, Superintendent of Insurance of the
State of New York, as Liquidator, Respondent.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 278 N. Y.
488.)

In the Matter of the Will of THEODORE D. DIMON,
Deceased.

BROOKLYN TRUST COMPANY, as Trustee under the Will
of THEODORE D. DIMON, Deceased, Respondent;
GEORGE F. LEWIS, as Administrator with the Will
Annexed of HARRIET T. DIMON, Deceased, Appellant.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 278 N. Y.
608.)

CURTIS B. DALL, Respondent, v. TIME INCORPORATED,
Appellant.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument or to vacate the remittitur
denied, with ten dollars costs and necessary printing
disbursements. (See 278 N. Y. 635.)